UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

S.J., *a minor child by and through his parents S.H.J. and J.J.*,

Plaintiffs,

v.

ISSAQUAH SCHOOL DIST. No. 411, *et al.*,

Defendants.

Case No. C04-1926RSL

ORDER VACATING JUDGMENT, REOPENING CASE AND SETTING BRIEFING SCHEDULE

In light of the December 11, 2006 opinion from the Ninth Circuit Court of Appeals and its January 8, 2007 Mandate, the Court's January 3, 2005 judgment in this matter is VACATED. The Clerk of the Court is directed to reopen this case.

The Clerk of the Court is directed to note plaintiff's administrative appeal on the Court's calendar for May 11, 2007. Plaintiff shall file an opening memorandum, not to exceed twenty-four pages, no later than 4:30 p.m. on March 29, 2007. Defendants shall file their response, not to exceed twenty-four pages, no later than 4:30 p.m. on April 26, 2007. Plaintiff's reply, if any, shall not exceed twelve pages and shall be filed no later than 4:30 p.m. on May 10, 2007. These dates may be altered by stipulation of counsel, or if the parties are unable to agree, either party

ORDER VACATING JUDGMENT, REOPENING
CASE AND SETTING BRIEFING SCHEDULE - 1

1 | may move for an alteration for good cause shown.

2

3 |   DATED this 10th day of January, 2007.

4

5

6 |          /s/ Robert S. Lasnik
         Robert S. Lasnik
7 |          United States District Judge

28 | ORDER VACATING JUDGMENT, REOPENING
CASE AND SETTING BRIEFING SCHEDULE - 2