UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.J., *a minor child by and through his parents* *S.H.J. and J.J.*,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>ISSAQUAH SCHOOL DISTRICT NO. 411, *et al.*,<br><br>　　　　　　　　Defendants. | No. C04-1926RSL<br><br>ORDER DENYING MOTION<br>OF SUPPLEMENTAL AUTHORITIES |

This matter comes before the Court on defendants' motion of supplemental authorities (Dkt. #67). Given the Court's September 12, 2007 order affirming the administrative decision, defendants' motion is DENIED AS MOOT.

DATED this 14th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
OF SUPPLEMENTAL AUTHORITIES