UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

S.J., *a minor child by and through his parents S.H.J. and J.J.*,

    Plaintiffs,

v.

ISSAQUAH SCHOOL DIST. No. 411, *et al.*,

    Defendants.

Case No. C04-1926RSL

ORDER VACATING ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On October 2, 2007, plaintiffs filed a "motion for summary judgment re attorney's fees and costs" that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers. On October 12, 2007, the Court issued an order to show cause why plaintiffs should not be sanctioned for failing to comply with the Court's prior order. The order to show cause (Dkt. #79) is now vacated in light of the receipt of the courtesy copy.

    DATED this 16th day of October, 2007.

                  /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE